Sol Ginsburg, appellee, v. H. C. Gibson, appellant. Gen. No. 6,699.

Action to determine property right in personal property levied upon under execution. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. T. N. Green, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed July 18, 1919.

Arthur Keithley, for appellant. A. Jacobson, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

Helen Mamaly, appellee, v. Calvin Countryman et al., appellants. Gen. No. 6,658.

Action to recover for personal injuries sustained by fall on giving away of railing of porch. Judgment for plaintiff. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed July 18, 1919.

Frank E. Maynard, for appellants. David D. Madden, for appellee.

Mr. Justice Carnes delivered the opinion of the court.

---

William H. Hubbard, appellee, v. Sterling, Dixon & Eastern Electric Railway Company, appellant. Gen. No. 6,662.

Action to recover for personal injuries and for injury to truck in collision with electric railroad car. Judgment for plaintiff. Appeal from the City Court of Sterling; the Hon. Carl E. Sheldon, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed July 18, 1919.

Henry S. Dixon and George C. Dixon, for appellant. Henry C. Ward, for appellee.

Mr. Justice Carnes delivered the opinion of the court.

---

N. J. Sandberg Company, appellee, v. B. E. Simmons et al., appellants. Gen. No. 6,682.

Action to recover on promissory note. Judgment for plaintiff. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed July 18, 1919.

A. F. Beaubien, for appellants. Gustav E. Beerly and Heydecker & Heydecker, for appellee.

Mr. Justice Carnes delivered the opinion of the court.